**FILED & ENTERED**

JUN 14 2013

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** Bever    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Barbara Dee Hart<br><br><br><br>                               Debtor(s). | Case No.: 1:13-bk-13310-VK<br><br>CHAPTER 13<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH A TWO-YEAR BAR TO FILING ANOTHER PETITION**<br><br>Date:   July 16, 2013<br>Time:  1:30 p.m.<br>Courtroom:  301 |

    Barbara Dee Hart (the "Debtor") having filed twelve (12) bankruptcy petitions since 2009, eleven (11) having been dismissed for failure to file information and one (1) having been dismissed for abuse; on the Court's own motion, it is hereby

    ORDERED that the Debtor, individually or through counsel, must appear at a hearing in the above-captioned case on **July 16, 2013 at 1:30 p.m.** at Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, California 91367 to show cause and explain why this case should not be dismissed with a two-year bar; and it is further

1  ORDERED, that responses to this Order to Show Cause must be in writing and filed with the Court no later than **July 9, 2013**; and it is further

ORDERED, that the Debtor's failure to comply with this Order to Show Cause may result in the dismissal of this case with a two-year bar to Debtor's filing of another petition under any chapter of the Bankruptcy Code.

###

Date: June 14, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH A TWO-YEAR BAR TO FILING ANOTHER PETITION was entered on the date indicated as ⱭEnteredⱭ on the first page of this judgment or order and will be served in the manner stated below:

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) June 12, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Elizabeth (SV) F Rojas (TR)     cacb_ecf_sv@ch13wla.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Barbara Dee Hart
648 Calle Tulipan
Thousand Oaks, CA 91360

☐ Service information continued on attached page

**3.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ⱭEnteredⱭ stamp, the party lodging the judgment or order will serve a complete copy bearing an ⱭEnteredⱭ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page