**FILED & ENTERED**

**JUL 29 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Barbara Dee Hart<br><br>Debtor(s). | Case No.: 1:13-bk-13310-VK<br><br>CHAPTER 13<br><br>**ORDER DISMISSING BANKRUPTCY CASE WITH A TWO-YEAR BAR TO REFILING**<br><br>Date:    July 16, 2013<br>Time:    1:30 PM<br>Courtroom:  301 |

In accordance with 11 U.S.C. §§ 105(a), 109(g)(1), 394(a), and 521(a) and based upon Barbara Dee Hart's ("Debtor") failure to comply with the Court's order to show cause, entered on June 14, 2013 [Docket #7] (the "OSC"), and for other good cause as set forth in the OSC, it is

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

ORDERED, that this bankruptcy case is dismissed.  Debtor may not be a debtor under any chapter of 11 U.S.C. §§ 101 *et seq.* for two (2) years from the date of the entry of this Order.

###

Date: July 29, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER DISMISSING BANKRUPTCY CASE WITH A TWO-YEAR BAR TO REFILING was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) July 27, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Barbara Dee Hart
648 Calle Tulipan
Thousand Oaks, CA 91360

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page